**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE (213) 629-7600
FACSIMILE (213) 624-1376

Kenneth L. Perkins, Jr. (State Bar No. 113531)
*k.perkins@mpglaw.com*
Geoffrey C. Brethen (State Bar No. 259873)
*g.brethen@mpglaw.com*

Attorneys for Plaintiffs BERT-CO INDUSTRIES, INC. and PENN INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERT-CO INDUSTRIES, INC., et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>INSTANT WEB, INC., et al.,<br><br>  Defendants. | CASE No. 8:16-cv-01518-JVS-DFMx<br><br>Hon. James V. Selna<br><br>**JUDGMENT ON ATTORNEYS' FEES OWED BY ATTORNEY VICTOR LUKE TO COUNSEL FOR PLAINTIFFS** |

As of September 28, 2017, Mr. Luke has failed to contact Plaintiffs' counsel or submit a stipulation and proposed order of the agreed-upon payment terms for the ordered fees by the close of business on September 26, 2017.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is entered in favor of Musick, Peeler & Garrett, LLP and against Victor Luke in the amount of $1,522.50.

Dated: October 04, 2017

_____
Hon. James V. Selna
United States District Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On September 28, 2017, I served true copies of the following document(s) described as: **[PROPOSED] JUDGMENT ON ATTORNEYS' FEES OWED BY ATTORNEY VICTOR LUKE TO COUNSEL FOR PLAINTIFFS** on the interested parties in this action as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 28, 2017, at Costa Mesa, California.

*/s/ Holli Kiyomi*
Holli Kiyomi